

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00515-CV

**IN RE** Kevin **OLIVER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Relator filed a petition for writ of mandamus and emergency motion for stay on August 10, 2017. The court has considered the petition and is of the opinion Relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus and emergency motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 10, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 16-2359-CV, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.